AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

```
                            FILED
                         OCT 17 2016
                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| DIONICIO PAREDES (4) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 03CR1173-W

Sandra Hourani, Federal Defenders Inc.
Defendant's Attorney

REGISTRATION No. 87780198

THE DEFENDANT:
X   was found in violation based on his conviction   in   10CR00289-T-30AEP

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| Allegation Number | Nature of Violation |
|---|---|
| 1 and 2 | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 17, 2016
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
SHEET 2 - IMPRISONMENT

Judgment - Page 2 of 2

DEFENDANT: DIONICIO PAREDES (4)
CASE NUMBER: 03CR1173-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months, 12 months to run concurrent to the sentence imposed in 10CR00289-T-30AEP and 12 months to run consecutive to the sentence imposed in 10CR00289-T-30AEP.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal